No. 554. UNITED STATES POTASH CO. *v.* LOCAL 1912, INTERNATIONAL ASSOCIATION OF MACHINISTS. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Rufus G. Poole* for petitioner. *Plato E. Papps, George W. Christensen* and *Bernard Dunau* for respondent. ■

No. 706. BRASS & COPPER WORKERS FEDERAL LABOR UNION NO. 19,322, AFL–CIO, *v.* AMERICAN BRASS CO., KENOSHA DIVISION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *David Previant* and *David Leo Uelmen* for petitioner. *John F. Zimmermann* for respondent. 

No. 991. QUIRKE *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. The motion for leave to amend the petition for writ of certiorari is granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *Aaron Kravitch* and *Phyllis Kravitch* for petitioner. *Ralph L. McAfee, James L. Homire* and *John H. Pickering* for respondents. ■

No. 553, Misc. WILLIAMS *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier* and *G. A. Strader,* Deputy Attorneys General, for respondent.

No. 562, Misc. LEON *v.* KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondent.